IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **RE: T-MOBILE CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL No. 3019**<br><br>**Master Case No. 4:21-MD-03019-BCW** |
| **This Document Relates to:**<br><br>DEMETRIS HILL,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br><br>    Defendant.<br><br>And<br><br>DAVID WINKLER,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br><br>    Defendant.<br><br>And<br><br>STEPHANIE PERALTA,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br><br>    Defendant.<br><br>And<br><br>NORMA SAVICK,<br><br>    Plaintiff, | **W.D. Mo. Case No. 2:21-cv-04164-NKL**<br><br><br><br><br><br>**S.D. TX. Case No. 21-cv-00322**<br><br><br><br><br><br>**W.D. OK. Case No. 21-cv-00838**<br><br><br><br><br><br>**U.S.D.C District of New Jersey Case No. 21-cv-16005** |

| | |
|---|---|
| v.<br><br>**T-MOBILE USA, INC.,**<br><br>     **Defendant.** | |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

Demetris Hill, David Winkler, Stephanie Peralta and Norma Savick, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismiss their claims filed in the above referenced individual cases, which were originally file in the United States District Court for the Western District of Missouri, Southern District of Texas, Western District of Oklahoma and the District of New Jersey, then transferred to this District and consolidated for pretrial purposes. No answer or motion for summary judgment has been filed. This dismissal is without prejudice.

    Respectfully submitted,

    *s/William B. Federman*
    William B. Federman, OBA No. 2853
    **FEDERMAN & SHERWOOD**
    10205 N. Pennsylvania
    Oklahoma City, OK 73102
    Telephone: (405) 235-1560
    Facsimile: (405) 239-2112
    wbf@federmanlaw.com
    *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2022 a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    */s/William B. Federman*
    William B. Federman